# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TYRELL DAVRON ANDERSON,

    Plaintiff,

v.

AMERILAWYER.COM'S, *et al*.,

    Defendants.

Case No. 2:12-CV-00106-KJD-VCF

**ORDER**

    Plaintiff, who is in custody at the North Branch Correctional Institution in Cumberland, Maryland, has submitted a pleading on a homemade form asserting constitutional and state law causes of action. Plaintiff neither submitted an application to proceed *in forma pauperis* nor paid the $350.00 filing fee for a civil action. Each complaint or petition must be accompanied by an application to *proceed in forma pauperis* properly completed on the Court's required form.

    To bring a civil rights action, Plaintiff either must pay the $350.00 filing fee or submit a properly completed application to proceed *in forma pauperis*. Pursuant to Local Rule LSR 1-1, a pauper application must be submitted on the Court's required form. Further, under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, a properly completed application requires both: (a) an inmate account statement; and (b) a financial certificate properly completed for a civil rights action.

1   Accordingly, IT IS HEREBY ORDERED that this action shall be **DISMISSED without**
2 **prejudice**;
3   IT IS FURTHER ORDERED that all outstanding motions are **DENIED as moot**;
4   IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff two copies each
5 of a civil rights complaint form and an application form to proceed *in forma pauperis* for
6 incarcerated persons.  The Clerk shall return a copy of the complaint that Plaintiff filed in this action.
7   The Clerk of the Court shall enter final judgment accordingly.
8   DATED this 30th day of March 2012.

_____
Kent J. Dawson
United States District Judge

2